IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

KEVIN DEHART                                                                                           PETITIONER
Reg. #15059-010

v.                                          2:22-cv-00187-JM-JJV

JOHN P. YATES, Warden,
Federal Correctional Institution – Forrest City Low                              RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Respondent's Motion to Dismiss (Doc. No. 5) is GRANTED.

2. Mr. Dehart's § 2241 Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED without prejudice.

SO ORDERED this 10th day of February, 2023.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE