IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

KEVIN DEHART                                                                                              PETITIONER
Reg. #15059-010

v.                                              2:22-cv-00187-JM-JJV

JOHN P. YATES, Warden,
Federal Correctional Institution – Forrest City Low                                        RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

SO ORDERED this 10th day of February, 2023.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE